

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00401-CR

| | | |
|---|---|---|
| Rolando Bosquez | § | From the 371st District Court |
| | § | of Tarrant County (1311910D) |
| v. | § | September 25, 2014 |
| | § | Opinion by Justice Gabriel (p) |
| The State of Texas | § | Dissent by Justice Dauphinot (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/Lee Gabriel_____
     Justice Lee Gabriel